IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                         No. 5:07CR50040-001

MICKEY JAY JACKSON,
    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

In the forfeiture allegation of the Indictment, the United States seeks forfeiture of specific property of the defendant pursuant to 18 U.S.C. § 2253 as property which was used or intended to be used to commit the offenses alleged in Count One of the Indictment.

On August 30, 2007, the defendant, Mickey Jay Jackson, pled guilty to Count One of the Indictment and further agreed to the forfeiture of the personal property listed in the forfeiture allegation. By virtue of said guilty plea the United States is entitled to possession of said properties pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby ORDERED, DECREED and ADJUDGED:

1. That based upon the guilty plea of the defendant to Count One of the Indictment, the United States is hereby authorized to seize the personal property described as:

    (a)   Gateway Laptop, Model MX6025 Notebook PC, Serial Number T365AJ1006856

    (b)   Lexmark Printer, Model 4126-K03, Serial Number 10457034872

    (c)   Lynksis Wireless Router, Model WRT54GX2, Serial Number KKJ00F432431

    (d)   2 Wireless G Router, Model 2701HG-B, Serial Number: 390611058492

2. The United States shall publish notice of this order pursuant to 18 U.S.C. § 982 (b)(1) and 21 U.S.C. § 853 (n)(1).

3. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rules of Criminal Procedure, Rule 32.2(c); 18 U.S.C. § 982 (b)(1); and 21 U.S.C. § 853(n) in which all interests will be addressed.

IT IS SO ORDERED this __31__ day of __August__, 2007.

HONORABLE JIMM LARRY HENDREN
CHIEF U.S. DISTRICT JUDGE

APPROVED:

Kyra E. Jenner, Assistant United States
Attorney for Plaintiff, United of America

Charles R. Chadwick, Attorney for Defendant,
Mickey Jay Jackson

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 3 1 2007

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK