IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
         Plaintiff,

v.                                    Criminal No. 5:07CR50040-001

MICKEY JAY JACKSON,
         Defendant.

## FINAL ORDER OF FORFEITURE

On August 31, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the

provisions of 18 U.S.C. § 2253; and Federal Rules of Criminal Procedure, Rule 32.2(b), based upon

the defendant's guilty plea to Count One of the Indictment.

On September 12, 19, and 26, 2007, the United States published in the Arkansas

Democrat Gazette, a newspaper of general circulation in the county in which the defendant property

was found, notice of this forfeiture and the intent of the United States to dispose of the property in

accordance with the law.  The notice further notified all third parties of their rights to petition the

Court within thirty (30) days of the publication for a hearing to adjudicate the validity of their alleged

legal interest in the properties subject to forfeiture.

More than thirty (30) days have passed since the final publications and no third party

petitions have been filed.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea, the factual basis presented to the Court, the agreement

of the parties, and the reasons stated at bar, the Court finds that the personal property  described as:

    (a)  Gateway Laptop, Model MX6025 Notebook PC,
           Serial Number T365AJ1006856

    (b)  Lexmark Printer, Model 4126-K03,
           Serial Number 10457034872

    (c)  Lynksis Wireless Router, Model WRT54GX2,
           Serial Number KKJ00F432431

is hereby forfeited to the United States of America, and shall be disposed of according to law.

IT IS SO ORDERED this **28** day of **July**, 2008.

HONORABLE JIMM LARRY HENDREN
CHIEF U.S. DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 28 2008

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK